FIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MNR LLC, <br><br> Plaintiff, <br><br> v. <br><br> OHIO SECURITY INSURANCE COMPANY <br><br> Defendant. | Case No. 2:21-cv-02078-JWB-JPO |

## DEFENDANT'S OHIO SECURITY INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant, Ohio Security Insurance Company, by its undersigned attorneys, respectfully moves the Court, pursuant to Fed. R. Civ. P. 12(c), for judgment on the pleadings. The grounds for this Motion are set forth in the supporting Memorandum of Points and Authorities filed contemporaneously herewith.

Dated: April 16, 2021

Respectfully submitted,

**SEYFERTH BLUMENTHAL & HARRIS LLC**

*/s/ Bruce A. Moothart*
Bruce A. Moothart, KS Bar # 17263
Nicholas Rex Daugherty, KS Bar # 26719
4801 Main Street, Suite 310
Kansas City, Missouri 64112
(816) 756-0700 (Telephone)
(816) 756-3700 (Facsimile)
bruce@sbhlaw.com
nickd@sbhlaw.com

37196372.1

Matthew M. Burke (BBO 557281)
**Robins Kaplan LLP**
800 Boylston Street, Suite 2500
Boston, MA 02199
Telephone:     (617) 267-8288
Facsimile:     (617) 859-2726
MBurke@robinskaplan.com

*Attorneys for Defendant Ohio Security Insurance Company*

37196372.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of April, 2021, a true and accurate copy of the above document was filed electronically with the Court, with notice of the filing generated and sent electronically by the Court's electronic filing system to the individuals listed below:

    Kurt S. Brack, KS Bar #14797
    BROWN & RUPRECHT, PC
    2323 Grand Boulevard, Suite 1100
    Kansas City, MO 64108
    Telephone: (816) 292-7000
    Facsimile: (816) 292-7050
    kbrack@brlawkc.com

    *Attorneys for Plaintiff*

    */s/ Bruce A. Moothart*
    **Attorney for Defendant Ohio Security**
    **Insurance Company**

37196372.1