# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**MNR, LLC,**

        Plaintiff,

v.                                      Case No: 21-2078-JWB

**OHIO SECURITY INSURANCE COMPANY,**

        Defendant,

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to memorandum and order filed February 14, 2022, Defendant's motion for judgment on the pleadings (Doc. 11) is GRANTED.

    February 14, 2022                          SKYLER B. O'HARA
        Date                                             CLERK OF THE DISTRICT COURT

                                                      by:   s/ Joyce Roach
                                                                 Deputy Clerk